Argued February 22, affirmed February 22, 1972
# STATE OF OREGON, *Respondent, v.* WILLARD LEON COX (No. 30 416), *Appellant.*
493 P2d 1058

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.